United States Court of Appeals
Fifth Circuit

**F I L E D**

June 6, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30351
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

KAREN DAWN DROULIA, also known as Dawn,

                                    Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
(2:05-CR-20-10)
---------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Karen Dawn Droulia appeals the district court's pretrial detention order. The district court's decision rests upon its conclusion that Droulia has not rebutted the presumption that no condition or combination of conditions will reasonably assure her appearance as required. See 18 U.S.C. § 3142(e) & (f). The district court's conclusion is supported by the record. See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992). Accordingly

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court's order is AFFIRMED.  Droulia's motion for an expedited hearing is DENIED AS MOOT.